UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSHUA EDWIN GATES,

    Plaintiff,

v.

CHRIS R. BECKER,

    Defendant.

_____/

Case No. 2:24-cv-131

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* state prisoner.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 8) on August 15, 2024, recommending that the complaint be dismissed as frivolous.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.  The Complaint is DISMISSED as frivolous.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

---

[1] Plaintiff is the only party that has appeared in the case at this time.

2

A Judgment will be entered consistent with this Order.


Dated: September 16, 2024                /s/ Jane M. Beckering
                                         JANE M. BECKERING
                                         United States District Judge